FILED: January 26, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1362
(3:12-cv-00748-HEH)
_____

SUNDERSINGH BALA

      Plaintiff - Appellant

v.

COMMONWEALTH OF VIRGINIA DEPARTMENT OF CONSERVATION AND RECREATION

      Defendant - Appellee

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 02/20/2015

Opening brief due: 02/20/2015

Response brief due: 03/20/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk