IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

SUNDERSINGH BALA,

    Plaintiff-Appellant,

v.                                                   Case No.:    14-1362

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF CONSERVATION AND RECREATION.

    Defendants-Appellees,

## APPELLANTS' MOTION TO EXTEND TIME WITHIN WHICH TO FILE JOINT APPENDIX AND BRIEF

The appellant Sundersingh Bala, by the undersigned counsel, moves this Court for an extension of fourteen (14) days within which to file the Joint Appendix and the appellant's Opening Brief. Both items are currently due on February 20, 2015.

Appellant requests that his Opening Brief and the Joint Appendix be due on March 6, 2015.

The appellee does not oppose this motion.

In support of this motion the undersigned counsel states:

- he has been out of the office conducting and defending numerous depositions in two cases pending in the Eastern District of Virginia involving complex issues and multiple witnesses; and

- the recent inclement weather has delayed completion of the Joint Appendix. The undersigned fears that it will not be completed in time to allow counsel for the appellee to have adequate opportunity to review it for accuracy and completeness before it is due to be filed.

Under the foregoing circumstances, the undersigned requires additional time within which to compile the Joint Appendix and prepare the appellant's Opening Brief.

WHEREFORE, the appellant respectfully requests additional time within which to file the Joint Appendix and Opening Brief.

Respectfully submitted,

SUNDERSINGH BALA


By: _____/s/_____
Scott Gregory Crowley
Virginia bar number 31216
Attorney for Sundersingh Bala
Crowley & Crowley
Overlook II Building
4870 Sadler Road, Suite 300
Glen Allen, Virginia 23060
(804) 205-5010
(804) 205-5001 (fax)
Counsel for plaintiff-appellant

2

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Gregory C. Fleming Esq.
Senior Assistant Attorney General
Office of the Virginia Attorney General
900 East Main Street
Richmond, VA  23219


_____/s/_____
Scott Gregory Crowley
Virginia bar number 31216
Attorney for Sundersingh Bala
Crowley & Crowley
Overlook II Building
4870 Sadler Road, Suite 300
Glen Allen, Virginia 23060
(804) 205-5010
(804) 205-5001 (fax)
Counsel for plaintiff-appellant